ALS/BC # 2012R00358

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * |
| | * CRIMINAL NO. JKB-13-012 |
| KEREM DAYI, also known as "Kenny" and "Cashmir," | * |
| | * [Conspiracy to Distribute and |
| ROBERT RANDALL GLICKMAN, | * Possess with Intent to Distribute |
| | * 1000 Kilograms or More of |
| SCOTT RUSSELL SEGAL, | * Marijuana, 21 U.S.C. § 846; |
| | * Conspiracy to Launder Monetary |
| GABRIEL GONZALEZ, | * Instruments, 18 U.S.C. § 1956 (h)] |
| GOKAHN BERGAL, | * |
| STEVEN NEIL MADDEN, | * |
| MARTIN DANDY, | * |
| PATRICK RUSSO, | * |
| RYAN BURTON WHEELER, | * |
| ANTHONY CAESAR SANTOIEMMA, also known as "Bo," | * |
| ANTHONY EVANS OWINGS SEEN, | * |
| CHRISTOPHER JOHN GARNER, | * |
| FREDERICK BLAIR THOMAS, | * |
| SAE HYONG HWANG, | * |
| CHARLES MICHAEL THOMSON, | * |
| Defendants | * |

**********

# INDICTMENT

## Count One

The Grand Jury for the District of Maryland charges that:

Beginning no later than early 2010, and continuing until the date of this Indictment, in the District of Maryland, the District of New Jersey, the Northern District of California, and elsewhere, the defendants,

**KEREM DAYI,**
also known as "Kenny,"
also known as "Cashmir,"
**ROBERT RANDALL GLICKMAN,
SCOTT RUSSELL SEGAL,
GABRIEL GONZALEZ,
GOKAHN BERGAL,
STEVEN NEIL MADDEN,
MARTIN DANDY,
PATRICK RUSSO,
RYAN BURTON WHEELER,
ANTHONY CAESAR SANTOIEMMA,**
also known as "Bo,"
**ANTHONY EVANS OWINGS SEEN,
CHRISTOPHER JOHN GARNER,
FREDERICK BLAIR THOMAS,
SAE HYONG HWANG,**
and
**CHARLES MICHAEL THOMSON,**

did knowingly and willfully combine, conspire, confederate, and agree with each other, and with others known and unknown to the Grand Jury to knowingly, intentionally and unlawfully distribute and possess with the intent to distribute 1000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a).

21 U.S.C. § 846

2

## Count Two

And the Grand Jury for the District of Maryland further charges that:

Beginning no later than early 2010, and continuing until the date of this Indictment, in the District of Maryland, the District of New Jersey, the Northern District of California, and elsewhere, the defendants,

**KEREM DAYI,**
also known as "Kenny,"
also known as "Cashmir,
**ROBERT RANDALL GLICKMAN,
SCOTT RUSSELL SEGAL,
GABRIEL GONZALEZ,
GOKAHN BERGAL,
STEVEN NEIL MADDEN,
MARTIN DANDY,
PATRICK RUSSO,
RYAN BURTON WHEELER,
ANTHONY CAESAR SANTOIEMMA,**
also known as "Bo,"
**ANTHONY EVANS OWINGS SEEN,
CHRISTOPHER JOHN GARNER,
FREDERICK BLAIR THOMAS,**
and
**SAE HYONG HWANG,**

did knowingly and willfully combine, conspire, confederate, and agree with each other and with others known and unknown to the Grand Jury to conduct and attempt to conduct a financial transaction, affecting interstate and foreign commerce, involving proceeds of specified unlawful activity – to wit, conspiracy to distribute controlled substances and distribution of controlled substances, in violation of Title 21, United States Codes, Sections 846 and 841 – with the intent (1) to promote the carrying on of the specified unlawful activity, and (2) knowing that the transaction is designed in whole or in part (a) to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity and (b) to avoid a

transaction reporting requirement under Federal law, in violation of Title 18, United States Code, Section 1956(a)(1)(A) and (B).

18 U.S.C. § 1956(h)

## FORFEITURE

1.  As a result of the violations of Title 21, United States Code, Section 846 as set forth in Count One of this Indictment, the defendants

**KEREM DAYI,**
also known as "Kenny,"
also known as "Cashmir;"
**ROBERT RANDALL GLICKMAN;**
**SCOTT RUSSELL SEGAL;**
**GABRIEL GONZALEZ;**
**GOKAHN BERGAL;**
**STEVEN NEIL MADDEN;**
**MARTIN DANDY;**
**PATRICK RUSSO;**
**RYAN BURTON WHEELER;**
**ANTHONY CAESAR SANTOIEMMA,**
also known as "Bo;"
**ANTHONY EVANS OWINGS SEEN;**
**CHRISTOPHER JOHN GARNER;**
**FREDERICK BLAIR THOMAS;**
**SAE HYONG HWANG;**
and
**CHARLES MICHAEL THOMSON,**

shall forfeit to the United States any and all property, real and personal, tangible and intangible, as to which property the defendants are jointly and severally liable,

   a.   Any property constituting, or derived from, proceeds obtained, directly or indirectly, as the result of the violations of Title 21, United States Code, Section 846, as charged in Count One of this Indictment; and

   b.   Any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the violations of Title 21, United States Code, Section 846, as charged in this Indictment.

2. Such property shall include, but not be limited to, the following:

    a. **Money Judgment.**

        A sum of money equal to at least $10,000,000.00 in United States currency, and all interest and proceeds traceable thereto,[1] representing the amount of proceeds obtained as a result of the conspiracy to violate the Controlled Substances Act, for which each defendant is jointly and severally liable;

    b. **Real Estate.**

        1. 3435 Liberty Gardens Road, Baltimore, Maryland 21224
           Owner: Rhonda L. Madden; Krush NYC, LLC

        2. 508 Royal Street, Annapolis, Maryland 21401
           Owner: Lannette S. Wheeler

        3. 621 Genessee Street, Annapolis, Maryland 21401
           Owner: Ryan and Lannette Wheeler

        4. 2653 Didelphis Drive, Odenton, Maryland 21113
           Owner: Sae Hwang

        5. 1305 Hillcrest Road, Glen Burnie, Maryland 21061
           Owner: Kenneth Seidelman

        6. 2437 Cheyenne Drive, Gambrills, Maryland 21054
           Owner: Kerem and Ozlem Dayi

        7. 109 Hollywood Avenue, Fairfeild, New Jersey 07004
           Owner: Patrick and Renee Russo

        8. 494 Clinton Avenue, Jersey City, New Jersey
           Owner: 494 Clinton Avenue Realty, LLC.

---

[1] The forfeiture amount is based on the gross proceeds realized from the illegal sale of marijuana, cocaine, diverted pharmaceuticals and other controlled substances.

c. **Bank and Financial Institution Accounts:**

| # | Bank/Financial | Account No: | Owners/Signatories |
|---|---|---|---|
| 1. | Bank of America | 0038-1767-4804 | Brianna Wright |
| 2. | Bank of America | 3810-0487-1404 | Brianna Wright |
| 3. | Bank of America | 4460-2004-6187 | Wheeler Automotive, LLC<br>Lannette S. Wheeler |
| 4. | Bank of America | 4460-2496-9309 | Gabriel Gonzales |
| 5. | Bank of America | 4460-2497-2105 | Gabriel Gonzales |
| 6. | Bank of America | 488010452642 | Robert Randal Glickman (& son) |
| 7. | Bank of America | 488013750749 | Robert Randal Glickman (& son) |
| 8. | Bank of America | 488003637759 | Robert Randal Glickman |
| 9. | Bank of America | 488003632071 | Robert Randal Glickman |
| 10. | Bank of America | 009468722624 | Gokhan Bergal |
| 11. | Wells Fargo | 1010293322979 | Kenneth Eng |
| 12. | Wells Fargo | 5688394476 | Kenneth Eng |
| 13. | Wells Fargo | 1010315403857 | Scott R. Segal |
| 14. | Wells Fargo | 3000254210481 | Scott R. Segal |
| 15. | Wells Fargo | 5614043528 | Kenneth Eng |
| 16. | Wells Fargo | 5688394476 | Kenneth Eng |
| 17. | Wells Fargo | 5867651563 | Liana Melnick |
| 18. | Wells Fargo | 6019951224 | Liana Melnick |
| 19. | Pay Pal Account | 1212-6884-7633-5580-363 | Krush NYC, LLC |
| 20. | PNC Bank | 5331278675 | Krush NYC, LLC |
| 21. | PNC Bank | 5331278149 | Krush NYC, LLC |
| 22. | M & T Bank | 9855297710 | Kerem Dayi and Martin Dandy |

d.  **Personal Property.**  The following vehicles:

| # | Year | Make | Model | VIN | Registered Owner |
|---|---|---|---|---|---|
| 1 | 2006 | Toyota | SU | 5TDBT48A76S270952 | Martin Dandy |
| 2 | 1998 | Ford | Truck | 1FMPU18L5WLB06471 | Christopher John Garner |
| 3 | 2008 | Infiniti | 2 Door | JNKCV64E58M123044 | Anthony Santoiemma |
| 4 | 2007 | Mercedes | Truck | 4JGCB65EX7A040214 | Anthony Santoiemma |
| 5 | 2008 | Lexus | 4 Door | JTHBL46F885071186 | Frederick Thomas |
| 6 | 2005 | Jeep | 4 Door | 1J8HR58225C573119 | Scott Segal |
| 7 | 2002 | Honda | Accord | 1HGCG22512A013237 | Sae Hwang |
| 8 | 2004 | Porsche | Cayenne | WP1AB29P84LA72755 | Ozlem Dayi |
| 9 | 2006 | Dodge | Magnum | 2D4GV572X6H516605 | Martin Dandy |
| 10 | 2005 | Acura | TL; 4 Door | JH4KB16525C020508 | Jeffrey Small |
| 11 | 2005 | BMW | 4 Door | WBAGN63555DS57730 | Thomas Butler Fore |
| 12 | 2006 | BMW | 4 Door | WBAVB33586AZ87438 | Scott Segal |
| 13 | 1999 | Jeep | Cherokee | 1J4GW68N0XC728260 | Anthony Seen |
| 14 | 2005 | Nissan | Quest | 5N1BV28UX5N119936 | Kerem Dayi |
| 15 | 2008 | Toyota | F-J | JTEBU11F48K030491 | Lannette Wheeler |
| 16 | 2007 | Cadillac | Escalade | 1GYFK66817R339273 | Renee Russo |
| 17 | 2007 | Lexus | 4 Door | JTHBJ46G572019321 | Rebekah Ramirez |
| 18 | 2006 | Volkswgn | Passat | WVWAK93C56P226396 | Alexandros Lineberry |
| 19 | 2011 | Dodge | Ram | 1D7RV1GT5BS665830 | Gokahn Bergal |
| 20 | 2000 | Ford | Mustang | 1FAFP42X9YF311447 | Anthony Seen |
| 21 | 2012 | Chevy | Truck | 1GC1KYE83CF128049 | Charles Thomson |
| 22 | 2012 | Trailer | | unknown | Charles Thomson |
| 23 | 2012 | BMW | M3 | WBSDX9C51CE784780 | Gokhan Bergal (leased) |
| 24 | 2005 | Toyota | Scion | JTKDE177350042500 | Donald Goodman |

3.  Inventory and property and assets of businesses known as:

    1)  "The Sixth Boro" located at
        494 Clinton Avenue, Jersey City, New Jersey

    2)  "KD's Kids, Womens and Mens Clothing," located at
        344-346 Martin Luther Boulevard, Jersey City, New Jersey

    3)  Krush, NYC, LLC, located at
        8250-D Preston Court, Jessup, Maryland.

4.  If any of the property subject to forfeiture, as a result of any act or omission of the defendants:

    1)  cannot be located upon the exercise of due diligence;

    2)  has been transferred or sold to, or deposited with, a third party;

       3)      has been placed beyond the jurisdiction of the Court;

       4)      has been substantially diminished in value; or

       5)      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property subject to forfeiture: $10,000,000.00.

21 U.S.C. § 853

*/Rod J. Rosenstein*
United States Attorney
District of Maryland

A TRUE BILL:

**SIGNATURE REDACTED**

Foreperson

Date: January __10__, 2013